UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>    Petitioner,<br><br>        v.<br><br>RONALD HAYNES,<br><br>    Respondent. | CASE NO. C18-5061-BHS<br><br>ORDER ON REVIEW DECLINING TO RECUSE |

On May 17, 2018, Judge Settle issued an Order declining to recuse himself "on notice that Petitioner John Garrett Smith ("Smith") has filed a case against the undersigned, Magistrate Judge David W. Christel, and Magistrate Judge J. Richard Creatura in Grays Harbor County Superior Court for the State of Washington." Dkt. #48 at 1. In accordance with this Court's Local Rules, this Order was referred to the Chief Judge for review. *See* LCR 3(e).

A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Normally, being named as a defendant would also require recusal: 28 U.S.C. § 455(b)(5)(i) provides that a judge shall disqualify himself when he is a party to the

proceeding. However, such disqualification is not required where the litigant baselessly sues or threatens to sue the judge. *See In re Hipp, Inc.*, 5 F.3d 109 (5th Cir. 1993); *U.S. v. Grismore*, 564 F.2d 929 (10th Cir. 1977); *Bush v. Cheatwood*, 2005 U.S. Dist. LEXIS 38041, 2005 WL 3542484 (N.D.Ga. 2005). Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding."

Although there is no motion to recuse in this case, Judge Settle has proactively declined to recuse based on a potential state court suit brought against him by Petitioner Smith. *See* Dkt. #48-1. The Court has examined that suit and finds that it is so lacking in specificity as to claims against Judge Settle personally that it cannot cause his impartiality to be reasonably questioned or otherwise form a basis for recusal. Accordingly, the Court hereby finds and ORDERS that Judge Settle's refusal to recuse himself from this matter is AFFIRMED. The Clerk is directed to refer this case and all pending Motions back to Judge Settle.

DATED this 29 day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE