UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

    Petitioner,

 v.

RONALD HAYES,

    Respondent.

CASE NO. C18-5061 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 46), and Petitioner John Garrett Smith's ("Smith") objections to the R&R (Dkt. 47).

  On May 10, 2018, Judge Fricke issued the R&R recommending that the Court deny Smith's motion to proceed *in forma pauperis* and dismiss Smith's petition as an improper second or successive petition. Dkt. 46. On May 16, 2018, Smith filed objections admitting that he has filed multiple similar pleadings but only because every court, state and federal, has refused to overturn his conviction and order his immediate release from prison. Dkt. 47 at 2–3. On May 17, 2018, the undersigned issued an order declining to recuse based on Smith's filing of a state court action against numerous defendants, including the undersigned. Dkt. 48. On May 29, 2018, Chief Judge Martinez affirmed the undersigned's order. Dkt. 51.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Smith objections are without merit and actually confirm Judge Fricke's recommendation. If Smith contends that a court's decision is in error, then the proper procedure is to appeal the decision to higher courts. It is not appropriate to file multiple petitions in numerous courts seeking identical relief. The Court agrees with Judge Fricke that Smith's petition is an improper second or successive petition. Therefore, the Court having considered the R&R, Smith's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Smith's motion to proceed *in forma pauperis* (Dkt. 1) is **DENIED**;

(3) Smith's petition is **DISMISSED** as second or successive; and

(4) The Clerk shall enter **JUDGMENT** in favor of Respondent, remove all of Smith's pending motions from the Court's calendar, and close this case.

Dated this 31st day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge